No. 00–10736. RONDEAU v. NEW HAMPSHIRE. Sup. Ct. N. H. Certiorari denied.

No. 00–10737. BROADNAX v. ANGELONE, DIRECTOR, VIRGINIA DEPARTMENT OF CORRECTIONS. C. A. 4th Cir. Certiorari denied.

No. 00–10738. HANSEN v. DAVIS, WARDEN, ET AL. C. A. 8th Cir. Certiorari denied.

No. 00–10739. GALLE v. INGALLS SHIPBUILDING, INC., ET AL. C. A. 5th Cir. Certiorari denied.

No. 00–10740. MCCLAIN v. MOORE, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS. C. A. 11th Cir. Certiorari denied.

No. 00–10741. MAAS v. CALIFORNIA (two judgments). Ct. App. Cal., 4th App. Dist. Certiorari denied.

No. 00–10742. IBANEZ-AGUILAR v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 00–10743. BAUMER v. SUPERIOR COURT OF CALIFORNIA, SAN DIEGO COUNTY. Ct. App. Cal., 4th App. Dist. Certiorari denied.

No. 00–10744. WATSON v. BERGHUIS, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 00–10745. COOK v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 00–10746. CORVO v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 00–10750. ATWELL v. INDIANA. Ct. App. Ind. Certiorari denied.

No. 00–10751. RAIBLEY v. UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 00–10752. LOPEZ-GUTIERREZ v. UNITED STATES. C. A. 5th Cir. Certiorari denied.